P. Send



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

SHERRI R. CARTER
District Court Executive and
Clerk of Court

May 9, 2005

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Mr. J. Michael McMahon, Clerk
U.S. District Court
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, New York 10007



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 9 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Re:   MDL __1358__   In Re:  Methyl Tertiary Butyl Ether ("MTBE") Products

Transfer of our Civil Case No. __SACV 03-1742-JVS(ANx)__

Case Title: __Orange County Water District vs Unocal Corporation, et al.__

Dear Sir/Madam:

An order having been made by the Judicial Panel on Multi-district Litigation transferring/ remanding the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with a copy of the order and a certified copy of the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By __K. Kirksey Smith__
    Deputy Clerk

DOCKETED ON CM
MAY - 9 2005
BY _____ 067

cc:   *All counsel of record*
      *Clerk, MDL Panel*

---

### TO BE COMPLETED BY RECEIVING DISTRICT

Receipt is acknowledged of the documents described herein and, if not already assigned, we have assigned this matter the following case number: _____.

Clerk, U.S. District Court

By _____
    Deputy Clerk

CV-117 (5/00)         TRANSMITTAL LETTER - MDL CASE TRANSFER OUT