Timothy R. Macdonald (*Admitted Pro Hac Vice*)
timothy.macdonald@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
370 Seventeenth Street, Suite 4400
Denver, CO 80202-1370
Telephone:  303.863.1000
Facsimile:   303.832.0428

Matthew T. Heartney (State Bar No. 123516)
matthew.heartney@arnoldporter.com
Stephanie B. Weirick (State Bar No. 204790)
stephanie.weirick@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: 213.243.4000
Facsimile:  213.243.4199

*Attorneys for Defendants Atlantic Richfield Company, BP West Coast Products LLC, and BP Products North America Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY WATER DISTRICT,<br><br>             Plaintiff,<br><br>   v.<br><br>UNOCAL CORPORATION, *et al.*,<br><br>             Defendants. | CASE NO. SACV 03-01742-CJC (DFMx)<br><br>**PLAINTIFF'S AND BP DEFENDANTS' NOTICE OF SETTLEMENT**<br><br>Judge:        Hon. Cormac J. Carney<br>Courtroom: 7C<br>Trial Date:  January 15, 2019 |

**PLEASE TAKE NOTICE** that Plaintiff Orange County Water District ("OCWD") and Defendants Atlantic Richfield Company, BP West Coast Products LLC, and BP Products North America Inc. (collectively, the "BP Defendants") have reached a settlement of OCWD's lawsuit against these defendants, and have agreed upon a written agreement embodying the terms of their settlement. In order to validly execute the settlement agreement, OCWD will need approval from its Board of Directors. After consultation with OCWD's general counsel, OCWD and the BP Defendants understand that such approval will require an in-person meeting of a quorum of Board members, and that it likely will not be possible for the required approval to be given prior to Wednesday morning on January 16, 2019, when a Board meeting can first take place. The BP Defendants will execute the settlement agreement on Monday morning on January 14, 2019. The BP Defendants also expect to file a motion for good faith approval of the settlement on Monday, January 14, which will attach a copy of the parties' settlement agreement.

Counsel for OCWD and for the BP Defendants will make themselves available as requested by the Court to answer any questions or address the further steps required to finalize their settlement.

Dated: January 13, 2019

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Matthew T. Heartney*
Matthew T. Heartney

Attorneys for Defendants
ATLANTIC RICHFIELD COMPANY, BP WEST COAST PRODUCTS LLC, and BP PRODUCTS NORTH AMERICA INC.

Dated: January 13, 2019

MILLER & AXLINE

By: */s/ Duane C. Miller*
Duane C. Miller

Attorneys for Plaintiff
ORANGE COUNTY WATER DISTRICT

LOCAL RULE 5-4.3.4 ATTESTATION

I, Matthew T. Heartney, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Matthew T. Heartney*
Matthew T. Heartney

## CERTIFICATE OF SERVICE VIA FILE & SERVEXPRESS

I, William T. Costley III, hereby declare under penalty of perjury under the laws of the State of California that, on January 13, 2019, I served via File & ServeXpress a true copy of:

**PLAINTIFF'S AND BP DEFENDANTS' NOTICE OF SETTLEMENT**

*/s/ William T. Costley III*
William T. Costley III