# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACV 03-01742-CJC (DFMx) |
| Title: | Orange County Water District v. Unocal Corporation et al |
| Date | January 15, 2019 |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Gabriela Garcia | Debbie Hino-Spaan (a.m.)/Laura Elias (p.m.) |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Duane Miller | Peter Condron; Whitney Jones Roy; Jeffrey Parker |

\_\_\_\_ Day Court Trial   **1st** Day Jury Trial

\_\_\_\_ One day trial:   **X** Begun (1st day);   **X** Held & Continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

- ✓ The Jury is impaneled and sworn.
- ✓ Opening statements made by **Plaintiffs & Defendants**
- Witnesses called, sworn and testified.   Exhibits Identified   Exhibits admitted.
- Plaintiff(s) rest.   Defendant(s) rest.
- Closing arguments made by   plaintiff(s)   defendant(s).   Court instructs jury.
- Bailiff(s) sworn.   Jury retires to deliberate.   Jury resumes deliberations.
- Jury Verdict in favor of   plaintiff(s)   defendant(s) is read and filed.
- Jury polled.   Polling waived.
- Filed Witness & Exhibit Lists   Filed jury notes.   Filed jury instructions.
- Judgment by Court for _____   plaintiff(s)   defendant(s).
- Findings, Conclusions of Law & Judgment to be prepared by   plaintiff(s)   defendant(s).
- Case submitted.   Briefs to be filed by _____
- Motion to dismiss by _____ is   granted.   denied.   submitted.
- Motion for mistrial by _____ is   granted.   denied.   submitted.
- Motion for Judgment/Directed Verdict by _____ is   granted.   denied.   submitted.
- Settlement reached and placed on the record.
- Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- Trial subpoenaed documents returned to subpoenaing party.
- Case continued to **January 16, 2019 @ 8:00 a.m.** for further trial/further jury deliberation.
- Other:

 4 : 41

Initials of Deputy Clerk   gga

cc: