# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ORANGE COUNTY WATER DISTRICT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNOCAL CORPORATION, *et al*.<br><br>　　　　Defendants. | Case No. SACV 03-01742 CJC (DFMx)<br><br>**ORDER GRANTING DEFENDANTS EXXON, MOBIL, & SHELL'S MOTION FOR GOOD FAITH SETTLEMENT** |

1

The Motion of Defendants Exxon Mobil Corporation ("Exxon"), ExxonMobil Oil Corporation ("Mobil"), and Shell Oil Company, Equilon Enterprises LLC, and Texaco Refining and Marketing Inc. (collectively, "Shell") for an Order Determining Good Faith Settlement (the "Motion") came on for hearing in this Court on March 11, 2019.  Having considered the papers submitted by the parties, and for good cause shown, the Court hereby declares:

1) The Settlement Agreement between Plaintiff Orange County Water District ("OCWD") on the one hand and Exxon, Mobil, and Shell on the other hand, which is attached as Exhibit 1 to the Declaration of Jeffrey J. Parker and the Declaration of Peter Condron, was entered into in good faith, as defined under California Code of Civil Procedure sections 877 and 877.6;

2) The negotiations of the Settlement Agreement between OCWD, Exxon, Mobil, and Shell were conducted fairly, in good faith, and at arm's length, and there is no evidence of bad faith, fraud, collusion, tortious conduct, or any intent to impact unfairly or injure the rights or interests of other defendants, former defendants, prior settling defendants, or others;

3) Pursuant to California Code of Civil Procedure section 877.6(c), all parties who are released from claims by OCWD under the Settlement Agreement are entitled to protection as settling tortfeasors to the extent provided by California Code of Civil Procedure section 877.6(c); and

4) Pursuant to Federal Rule of Civil Procedure 54(b), final judgment is entered.

**IT IS SO ORDERED**.

DATED: March 11, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE